

# NUMBER 13-22-00126-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE AARON MACH, INDIVIDUALLY AND AS NEXT FRIEND OF C.E.R., A MINOR CHILD

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Silva**
**Order Per Curiam**

On March 29, 2022, relator Aaron Mach, individually and as next friend of C.E.R., a minor, filed a petition for writ of mandamus through which he asserts that the trial court abused its discretion by issuing a temporary order which changed the conservator with the exclusive right to establish the primary residence of the child in a hearing conducted without prior notice to relator and in the absence of pleadings requesting such relief. Relator further requests emergency relief to stay the trial court's March 6, 2022 and March

7, 2022 orders.

The Court, having examined and fully considered the relator's request for emergency relief, is of the opinion that it should be granted. Accordingly, we grant the request for emergency relief, and we order the trial court's temporary orders, as referenced above, to be stayed pending further order of this Court, or until this case is finally decided. *See* TEX. R. APP. P. 52.10(b).

The Court requests that the real party in interest, Kaitlan Ross, or any others whose interest would be directly affected by the relief sought, including but not limited to amicus attorney Amy Rod, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
29th day of March, 2022.